

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Irene Rios, Justice

The appellant's first motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to January 4, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court